UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR 2594-H |
| Plaintiff | ) | 08mj 2242 |
| | ) | |
| vs. | ) | ORDER |
| Clever Lopez-Hernandez | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,   Leo S. Papas

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Yolanda Mendoza - Ortiz

DATED: 8/7/8

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk
**J. JARABEK**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062