```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | CHRISTOPHER P. TENORIO
   | Assistant U.S. Attorney
 3 | California State Bar No. 166022
   | 880 Front Street, Room 6293
 4 | San Diego, California 92101-8893
   | Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5 | Email: Christopher.Tenorio@usdoj.gov
   |
 6 | Attorneys for Plaintiff
   | United States of America
 7 |
 8 |                 UNITED STATES DISTRICT COURT
 9 |                SOUTHERN DISTRICT OF CALIFORNIA
10 | UNITED STATES OF AMERICA,    )  Criminal Case No. 08CR2594-H
                                  )
11 |              Plaintiff,      )
                                  )       NOTICE OF APPEARANCE
12 |         v.                   )
                                  )
13 | CLEVER LOPEZ-HERNANDEZ,      )
                                  )
14 |              Defendant.      )
                                  )
15 |
16 | TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
17 |    I, the undersigned attorney, enter my appearance as lead counsel
18 | in the above-captioned case.  I certify that I am admitted to
19 | practice in this court or authorized to practice under CivLR
20 | 83.3.c.3-4.
21 |    Please call me if you have any questions about this notice.
22 |    DATED:  September 3, 2008
23 |                                    Respectfully submitted,
24 |                                    KAREN P. HEWITT
                                        United States Attorney
25 |
                                         s/ Christopher P. Tenorio
26 |                                    CHRISTOPHER P. TENORIO
                                        Assistant U.S. Attorney
27 |
28 |
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR2594-H |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| CLEVER LOPEZ-HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the defendant's attorney through the ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2008.

s/ *Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

2